Jessie L. Trausil, Appellant, v. Crichton & Co., Ltd., Respondent.— Orders reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

Lena Luftig, Appellant, v. Moe S. Luftig, Respondent.— Order withdrawing appeal on stipulation filed. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

Lena Luftig, Respondent, v. Moe S. Luftig, Appellant.— Order withdrawing appeal on stipulation filed. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

Margaret Nun, Appellant, v. William Smyth and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve the complaint on the defendant within ten days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

Louis Tesser, Respondent, v. Brier Bros., Inc., and Another, Defendants, Impleaded with Walter W. Hock, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The bill of particulars to be served within ten days from service of order. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

Dorothea Adams Grant, Respondent, v. Walter Scott Grant, Appellant.— Order modified as indicated in order and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

Amy Ongley, as Administratrix, etc., of George Booth Ongley, Deceased, Respondent, v. Max Marcin, Appellant, Impleaded with Another, Defendant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

Benjamin Woloshin, Respondent, v. Ward Baking Company, Appellant. Benjamin Woloshin and Another, Respondents, v. Ward Baking Company, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.; Merrell, J., dissents.

Douglas Lorne McGibbon, Respondent, v. Edwin W. Orvis and Others, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of the Petition of William A. Evans, as Executor, etc., of Herbert P. Brown, Deceased, Respondent, to Compel Walston H. Brown, as Executor, etc.; of Sarah M. Brown, Deceased, Appellant, to Render and Settle His Accounts as Such Executor and Trustee.— Order affirmed, with ten dollars costs and disbursements to the respondent. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of the Petition of William A. Evans, as Executor, etc., of Herbert P. Brown, Deceased, Respondent, to Compel Walston H. Brown, as Executor, etc., of Augustus J. Brown, Deceased, Appellant, to Render and